**LAW OFFICES OF ROBER F. BRENNAN, A P.C.**
Robert F. Brennan, Esq. [S.B. #132449]
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiffs: John and Sonja Valerie

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN and SONJA VALERIE, Individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, is a division of WELLS FARGO BANK, N.A; EXPERIAN INFORMATION SOLUTIONS INC, a business entity; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV12-10192 JAK AJW<br>Assigned: Hon. John A. Kronstadt<br><br><br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the parties have settled the above-referenced case and are in the process of completing the settlement terms and will be filing stipulations of dismissal and (proposed) orders of dismissal. Plaintiff estimates that these matters should be completed within two to three weeks.

///

///

| | |
|---|---|
| Dated: 7/24/13 | **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**<br><br>By: *[signature]*<br>Robert F. Brennan<br>Attorney for Plaintiffs |

<u>PROOF OF SERVICE</u>

      I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

      On **July 24, 2013** I served the foregoing document described as **NOTICE OF SETTLEMENT** on parties in this action,

[ x ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Steven M. Dailey
KUTAK ROCK LLP
5 Park Plaza Ste. 1500
Irvine CA 92614
Tel: 949-417-0999
Fax: 949-417-5394
Email: steven.dailey@kutakrock.com

William J. Idleman
SEVERSON & WERSON APC
The Atrium Ste. 700
1900 Von Karman Ave.
Irvine CA 92612-6578
Tel: 949-442-7110
Fax: 949-442-7118
Email: wji@severson.com

Katherine A. Klimkowski
JONES DAY
3161 Michelson Dr. Ste. 800
Irvine CA 92612
Tel: 949-851-3939
Fax: 949-553-7539
Email: kaklimkowski@jonesday.com

      [ X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
      Executed on **July 24, 2013** at La Crescenta, California.

                                      Isabel Grubbs