**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN and SONJA VALERIE, Individuals;<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>WELLS FARGO HOME MORTGAGE, is a division of WELLS FARGO BANK, N.A; EXPERIAN INFORMATION SOLUTIONS INC, a business entity; and DOES 1-10, Inclusive,<br><br>　　Defendants. | Case No.: CV12-10192 JAK AJW<br><br>Assigned: Hon. John A. Kronstadt<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, AND OF THE ENTIRE CASE<br><br>JS-6 |

　　Plaintiffs John and Sonja Valerie have announced to the Court that all matters in controversy against Defendants Experian Information Solutions, Inc. and Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Home Mortgage, have been resolved.

　　A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Defendants Experian Information Solutions, Inc. and Wells Fargo Bank, N.A.,

1  Successor by Merger to Wells Fargo Home Mortgage, the Court makes and
2  delivers the following ruling:
3      IT IS ORDERED that the claims and causes of action asserted herein by
4  Plaintiffs John and Sonja Valerie against Experian Information Solutions, Inc. and
5  Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Home Mortgage are
6  in all respect dismissed with prejudice to the refilling of same, with Court costs to
7  be paid by the party incurring same.  As there are no remaining defendants, the
8  entire case is dismissed with prejudice.

10 DATED this 30th day of August 2013.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE